## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **JACQUELYN D. TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:10-CV-187(MTT)** |
| | ) | |
| **STATE OF GEORGIA SECRETARY OF STATE,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### ORDER

Before the Court is the Defendant's (sic?) Motion for Summary Judgment. Having reviewed the parties' pleadings, briefs, and other materials submitted in support of and in opposition to the motion for summary judgment, the Court cannot even determine with certainty what claims are pending.  Fault does not lie only with the Plaintiff in this regard; the Defendant's pleadings and briefs are no more elucidating.

Accordingly, the Plaintiff is ordered to file within fourteen days of the date of this Order a **proposed** amended complaint.  This complaint shall state, by separate count, each claim the Plaintiff asserts and against whom the claim is asserted.  The Court will promptly decide whether the proposed amended complaint can be filed.  In the event the Court allows the amended complaint, the Defendants shall file their responsive pleadings within seven days of that order.

This 25th day of August, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT