IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JACQUELINE D. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-187(MTT) |
| ) | |
| STATE OF GEORGIA SECRETARY OF ) | |
| STATE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

1.

A Rule 16 pretrial conference will be held in Macon, Georgia, at 10:00 a.m. on April 16, 2012.  The Court requires that lead counsel for each party (or each party unrepresented by counsel) attend the pretrial conference.

2.

This case is scheduled for jury trial during the trial term scheduled to begin on April 23, 2012, at 9:00 a.m.

3.

**Not less than three days prior to the pretrial conference**, marked copies of proposed trial exhibits of each party shall be delivered to all other parties.  All objections to authenticity of exhibits will be addressed at the pretrial conference.  Exhibit notebooks shall be provided to the Court at the pretrial conference.  Exhibit notebooks shall be placed on the witness stand for use by witnesses during trial.  Plaintiffs' exhibit

numbers shall be preceded by the letter "P" and defendants' exhibit numbers shall be preceded by the letter "D". Joint exhibit numbers shall be preceded by the letter "J". (When the same exhibit is to be used by each side, it should be treated as a joint exhibit and should be marked accordingly.) Exhibits not produced in accordance with this Order will not be allowed at trial, absent a demonstration that the exhibit could not reasonably have been produced at the pretrial conference.

4.

Trial briefs, memoranda of law and motions in limine shall be filed **not less than seven days prior to the pretrial conference**. Participants at the pretrial conference should be prepared to discuss the merits of the motions at the pretrial conference.

5.

**Not later than five days before the pretrial conference**, the parties shall email to the Court a joint proposed pretrial order. The proposed order must be attached to the email and saved as a Microsoft Word or Word Perfect document consistent with the attached form.

**SO ORDERED,** this 31st day of January, 2012.

                                            S/ Marc T. Treadwell
                                            MARC T. TREADWELL, JUDGE
                                            UNITED STATES DISTRICT COURT