IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JACQUELINE D. TURNER, | : |
| Plaintiff, | : CIVIL ACTION NO. 5:10-CV-187 (MTT) |
| vs. | : |
| STATE OF GEORGIA SECRETARY OF STATE and SHAWN LAGRUA, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND NOTICE OF FINAL SETTLEMENT

The above-named parties, by and through their respective counsel of record hereby stipulate that the Clerk is authorized to dismiss with prejudice the above styled action pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(ii), and give notice of final settlement of this case.

This 20th day of April, 2012.

Lonzy F. Edwards
Georgia Bar No. 241475
Edwards & Youmas, LLC
P.O. Box 12
Macon, GA 31202-0012
Telephone: (478) 745-4380
Facsimile: (478) 746-3007
edwardsandyoumas@aol.com
Counsel for Plaintiff(s)

Romy D. Smith
Georgia Bar No. 265454
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S. W.
Atlanta, GA 30334-1300
Telephone: (404) 463-1064
Facsimile: (404) 657-9932
Counsel for Defendant(s)
rsmith2@law.ga.gov